# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ASCOT SPECIALTY INSURANCE COMPANY,** <br><br> **Plaintiff,** <br><br> v. <br><br> **JAVERBAUM WURGRAFT HICKS KAHN WIKSTROM & SININS, P.C.,** *et al.*, <br><br> **Defendants.** | Case No. 23–cv–03506–SDW–ESK <br><br> **ORDER** |

    **THIS MATTER** having been scheduled for an initial scheduling conference, pursuant to Federal Rule of Civil Procedure 16, on September 25, 2023 (ECF No. 8); and the parties having requested an adjournment of the conference to participate in a mediation of this matter (ECF No. 13); and the Court having adjourned the conference to October 20, 2023 (ECF No. 14); and the parties having failed to appear for the conference and having failed to file a proposed joint discovery plan; and for good cause appearing,

    **IT IS** on this **23rd** day of **October 2023** **ORDERED** that:

    1.   This matter is administratively terminated. Any party may file a letter application to reopen this matter, which shall have appended to same a proposed joint discovery plan (*see* ECF No. 8).

                                   */s/ Edward S. Kiel*
                                   **EDWARD S. KIEL**
                                   **UNITED STATES MAGISTRATE JUDGE**